UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 14-201 (1) (MJD/TNL) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Anthony Doane Edge and Deborah Susan Edge, | |
| Defendants. | |

---

Katherine T. Buzicky, Assistant United States Attorney, Counsel for Plaintiff.

Robert W. Owens, Jr., Owens Law, L.L.C., Counsel for Defendant Anthony Doane Edge.

Manny K. Atwal, Assistant Federal Defender, Counsel for Defendant Deborah Susan Edge.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated November 3, 2014. Defendant Anthony Edge and Defendant Deborah Edge each filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a _de novo_ review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **adopts** the Report and Recommendation [Doc. Nos. 101, 103] of United States Magistrate Judge Leung dated November 3, 2014.

**IT IS HEREBY ORDERED** that:

1. Defendant Anthony Edge's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 52] is **DENIED;**

2. Defendant Anthony Edge's Motion to Suppress Statements, Admissions and Answers [Docket No. 53] is **DENIED;**

3. Defendant Anthony Edge's Motion to Suppress Wire Interceptions, Electronic Surveillance and Wiretapping [Docket No. 54] is **DENIED;**

4. Defendant Anthony Edge's Motion to Dismiss Counts 6 and 8 [Docket No. 55] is **DENIED;**

5. Defendant Anthony Edge's Motion to Dismiss Indictment [Docket No. 57] is **DENIED;**

6. Defendant Anthony Edge's Motion to Dismiss Count 1 [Docket No. 95] is **DENIED;**

7. Defendant Deborah Susan Edge's Motion to Dismiss Count 1 of the Indictment [Docket No. 66] is **DENIED;**

8. Defendant Deborah Susan Edge's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 68] is **DENIED; and**

9. Defendant Deborah Susan Edge's Motion to Suppress Statements, Admissions and Answers [Docket No. 69] is **DENIED**.

Date: January 25, 2015    s/Michael J. Davis
Chief Judge Michael J. Davis
United States District Court

Criminal No. 14-201